226 So.2d 519

### BOTANY BAY CORPORATION
#### v.
### TEXACO, INC.

No. 50127.

Sept. 29, 1969.

In re: Texaco, Inc. applying for writs of certiorari, prohibition and mandamus.

Writs refused. This court will not interfere with the orderly proceedings in the trial court, in the absence of a showing of irreparable injury. Relator has a remedy by appeal in the event of an adverse judgment on the merits.

226 So.2d 520

### Application of Claudel WILLIAMS for a writ of habeas corpus
#### v.
### SUPERINTENDENT OF the STATE INDUSTRIAL SCHOOL FOR COLORED YOUTH.

No. 50139.

Sept. 29, 1969.

In re: Claudel Williams applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.